RECEIVED
AUG - 7 2008
AT 8:30
WILLIAM T. WALSH
CLERK

**LAW OFFICES**
**BRIAN V. LUCIANNA**
A PROFESSIONAL CORPORATION
600 SOUTH WHITE HORSE PIKE
AUDUBON, NEW JERSEY 08106
(856) 310-0500
(856) 985-1500

FAX (856) 310-0505

MEMBER OF NEW JERSEY
AND PENNSYLVANIA BAR

E MAIL: BUSINESS@BVLLAW.COM
WWW.BVLLAW.COM

August 6, 2008

SENT VIA FAX ONLY TO (609) 989-0435
The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
UNITED STATES DISTRICT COURT
District of New Jersey
482 East State Street, Room 6052
Trenton, NJ 08608

Re:  Ke Lu v. Man-Shi Sui, et al.
Docket No.: 06-1639(SRC)
Our File No: 06-1490

Dear Judge Bongiovanni:

Please allow this correspondence to confirm my telephone conversation with your law clerk requesting a status of this matter. The parties are presently actively engaged in exchanging written discovery and it is anticipated that depositions will proceed this fall when the plaintiff will be in the country.

I can provide Your Honor with the specific deposition dates when known.

Thank you for Your Honor's consideration.

Very truly yours,

Brian V. Lucianna

BVL/lg

cc:  John C. Connell, Esquire (via fax only to 856-795-0574)
     William L. Ryan, Esquire (via fax only to 856-795-0574)
     Adam Wang, Esquire (via fax only to 408-351-0261)

---

[Handwritten order:]

During the telephone Conference on June 6, 2008 the parties were instructed to confer & submit a proposed schedule to the Court. Repeated efforts by Chamber's staff to secure a schedule have been unsuccessful therefore — Discovery is to be concluded by October 17, 2008. A telephone Conference shall be held at 10:30 on Sept 23, 2008 as previously ordered. Plaintiff Shall in fact be all.

So Ordered this 6 day of August, 2008